IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**v.**                      **CASE NO. 5:18-CR-50008-004**

**JOHNNY NICHOLSON**                                                         **DEFENDANT**

## ORDER

Now pending before the Court is the Report and Recommendation (Doc. 251) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on April 24, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 251) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for Reduction of Sentence and Supplement (Docs. 248 & 250) are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 12th day of May, 2020.

                                                   /s/ Timothy L. Brooks
                                                   TIMOTHY L. BROOKS
                                                   UNITED STATES DISTRICT JUDGE